IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AMERICAN SAFETY INDEMNITY     )
COMPANY, an insurance         )
company incorporated in       )
the State of Oklahoma,        )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:10cv48-MHT
                              )          (WO)
T.H. TAYLOR, INC., et al,     )
                              )
     Defendants.              )
```

## JUDGMENT

Pursuant to the notice of voluntary dismissal (Doc. No. 11), it is ORDERED that the following defendants are dismissed without prejudice: Lighting Fair, Inc., Cherry Marble Group, LLC, Texture Crete, Inc., and Whitney National Bank.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 11th day of February, 2010.

                                            /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE