IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| AMERICAN SAFETY INDEMNITY COMPANY, an insurance company incorporated in the State of Oklahoma, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:10cv48-MHT (WO) |
| T.H. TAYLOR, INC., et al | ) ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that American Safety Indemnity Company's no-duty-to-indemnify claim is dismissed without prejudice as premature.

It is further ORDERED that costs are taxed against defendants T.H. Taylor, Inc., Terry H. Taylor, and T.H. Taylor Homes, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 15th day of April, 2011.**

                                          **/s/ Myron H. Thompson**
                                      **UNITED STATES DISTRICT JUDGE**